**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

---

ASPEN GREENS, A LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES

Defendant.

**File No. 05-653**
(**Judge Mary Ellen Coster Williams**)

---

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 15, 2005, the parties respectfully submit the following Joint Status Report to apprise the Court of the status of their efforts to resolve this and numerous closely-related cases through the Court’s Alternative Dispute Resolution ("ADR") pilot program.

As previously reported, the Section 515 Litigation Settlement Agreement (the “Agreement”) was fully executed effective May 21, 2007, following which the parties entered the implementation phase of the settlement process. The parties expect to complete that process by the second quarter of this year, and recently agreed to a corresponding modification to the payment schedule set forth in the agreement.

To this end, a third party appraisal firm has completed site visits for nearly all of the properties in the settlement. The firm has also issued more than five hundred Market Rent Studies as required by the Agreement and has advised the parties that it expects to complete most of the remaining studies by the end of this month. As a result, the parties continue to make progress in reaching final market rent conclusions and calculating damages for each property.

As part of that effort, the parties are in the process of exchanging information necessary for the computation of damages for individual properties. The parties have conferred regarding all aspects of the settlement on a regular basis throughout the settlement process.

The parties have conferred regarding the filing of this document, and counsel for defendant has represented to counsel for plaintiffs that defendant concurs in the contents of this Joint Status Report.

Dated: February 11, 2008

**Filed Electronically**

Respectfully submitted,

**s/ Jeff H. Eckland**

JEFF H. ECKLAND
Mark J. Blando, Of Counsel
ECKLAND & BLANDO LLP
500 Lumber Exchange
10 South Fifth Street
Minneapolis, Minnesota 55402
Telephone: (612) 236-0160
Facsimile: (612) 236-0179

Jerry W. Snider, Of Counsel
William L. Roberts, Of Counsel
FAEGRE & BENSON LLP
2200 Wells Fargo Center
Minneapolis, MN 55402
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

*Attorneys for Plaintiffs*